UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| WALTER STANLEY REISS, *for himself and as parent of O.R.*, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 5:17-cv-03294 |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA; COUNTY OF LEHIGH; and MICHELLE A. VARRICCHIO, *individually and in her official capacity as a judiciary officer*, | : | |
| | : | |
| Defendants | : | |

_____

# O R D E R

And now, this 2nd day of August, 2017, for the reasons set forth in the accompanying opinion issued this day, it is **ORDERED** as follows:

1.  Plaintiff's Petition for Preliminary Injunction, ECF No. 1, is **DENIED**.

2.  This case is **DISMISSED**.

3.  The Clerk of Court is directed to close this case.


BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge